NOV 6 2023 PM1:31
FILED-USDC-CT-HARTFORD

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**

CASE NO. 115-24-080

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Keith Curry

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

Osborn Correctional
Institution

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Complete every section and **SIGN PAGE 7.**

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. [✓] State, county, or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. [ ] Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Keith Owen Curry
   b. Inmate Number: 428-555
   c. Correctional facility: Osborn CI

2. Indicate whether you are a prisoner or other confined person as follows (check all that apply):

   - [ ] Pretrial detainee
   - [ ] Civil committed detainee
   - [ ] Immigration detainee
   - [✓] Convicted and sentenced state prisoner
   - [ ] Convicted and sentenced federal prisoner
   - [ ] Other (explain)______________________________

C. **DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages. You may attach an additional page to add more defendants.

1. First Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace: OSborn CI
2. Second Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:
3. Third Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:
4. Fourth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:
5. Fifth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

6. Sixth Defendant

   a. Full Name:

   b. Rank or Title:

   c. Workplace:

## D. REASON FOR COMPLAINT

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe 2, and so on.

**Now briefly describe the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrong actions.**

1. I Received a fighting ticket in Brooklyn CI on Jan 7 2023 I got to Osborn CI on 8/31/23 and as I
2. ~~entered~~ entered C-Block I was approached by an Inmate that I Had a physical Altercation with I'm supposed to Have a active Seperation
3. profile with the Inmate and I spoke to Several ~~a~~ Osborn CI Higher ups about the
4. situation even went as far as putting in a grievance Doc is putting my life and saftey and Security at risk ignoring there own rules and regulations.

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

## E. REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

I am requesting Money for Mental and Emotional Damages that Came from this ~~[illegible]~~ incedent.

F. DO YOU WISH TO HAVE A JURY TRIAL? YES☐ NO☑

G. PLAINTIFF'S CERTIFICATION AND WARNINGS

**Warning: You must sign this, or your complaint will not be filed.**

By signing this complaint, I certify that I have read the following:

**Before you file your Complaint, contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing: If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison: If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

6. Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*. In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: Keithen y

Signed at: Osborn CI on 10-2-2023
(Location) (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

# Inmate Request Form

## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Keith Curry | Inmate number: 428-555 | |
|---|---|---|
| Facility/Unit: Osborn CI | Housing unit: D-36 | Date: 9-27-23 |

Submitted to: FOI

Request: Could I please Have a Copy of my Class A ticket from January 7th the ticket was for fighting

continue on back if necessary

Previous action taken:

RECEIVED
SEP 28 2023
Osborn CI FOI/ARC

continue on back if necessary

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

continue on back if necessary

| Staff signature: | Date: |
|---|---|

***STATE OF CONNECTICUT***
***DEPARTMENT OF CORRECTION***
***OSBORN CORRECTIONAL INSTITUTION***
***335 BILTON ROAD***
***SOMERS, CONNECTICUT 06071***

**OFFICE OF THE F.O.I.**
*Officer Acanto*

October 4, 2023

Mr. Curry, Keith #428555
Osborn C.I.
D-36

**Re: FOI Request**

Dear Mr. Curry,

This will acknowledge receipt of your letter received September 28, 2023 requesting documents regarding your Incident January 7, 2023. You will hear from this office in the near future.

Thank you,

Officer Acanto
FOI/ Osborn C.I.

# Inmate Grievance Form- Level 1

## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| | |
|---|---|
| Facility/Unit: Osborn CI D-36 | Date: 9-20-23 |
| Inmate name: Keith Curry | Inmate number: 428-555 |

**INMATE ADVISEMENT**

- **Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."**
- **Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.**

**STATE THE PROBLEM AND REQUESTED RESOLUTION**

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

Formal resolution was atemped with no responce after waiting more than 14 business days. I have a copie of the origanal request as attached to grivance form. D.O.C has ignord my request and coutinues to put my life in Jepordey allowing me to proceed with the grievance Im currently filing as a result to the negligance of D.O.C's safety and sercurity and the negligance of D.O.C's lack to follow protocall

| | |
|---|---|
| Inmate signature: Keith Curry | Date: 9-20-2023 |

- **Deposit this form in the "Administrative Remedies" box .**

**DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| | |
|---|---|
| Date Received: Osborn C.I. 9/21/2023 ARC | IGP #: 115-24-080 |
| Disposition: **Denied** | Date of Disposition: **9/26/2023** |

Reason:

**Denied. You have no active separation profiles, therefore your grievance is denied.**

☐ This decision is not subject to further appeal.

☒ This matter may be appealed within 5 calendar days.

Staff Name Print: Warden Guadarrama

Signature: Guadarrama

Date: 9/26/2023

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Curry, Keith

Inmate number: 428555

Facility/Unit: OSborn CI

Housing unit: D-36

Date: 9-1-23

Submitted to: CC captin Brown, Captin colon, wardon of OCI

Request: I I/M keith Curry #428555 was transferd from HCC TO OSBorn CI on 08/31/23 Between the hours of 8:00pm-9:00pm. Upoun my arival I was compliant and Followed all diret orders staff at OCI staff asked of me. I was given a diret order to be Housed in C-BLOCK. As I walked inside of C-BLOCK I came in contacked with one indiviguals whom are I/M's I have profiles with due to a class A ticket for a physical altercation, these class A tickets were given to me at Broklyn CI. DOC is putting my life, safety-N-Sercurity at risk ignoring my vocal

continue on back if necessary

Previous action taken: Request I Vocalized to several Department staff (captin Brown, LT macenzie on 9-1-23 Beetween 11:00am-12:30am) This request is for the soul purpose of paper trail and to inform D.O.C officals my safety and sercurity is at risk Due to the lack of D.O.C's ability to up hold there rules-N-regulations

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Keith Curry
Inmate number: 428-555

Facility/Unit: Osborn CI
Housing unit: B-3C
Date: 9-21-23

Submitted to: Counslor

Request: Could I Have a Copy of my fighting ticket I recieved on January 7 2023 that I Recieved in Brooklyn CI

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): Orlando
Title: CC

Action taken and/or response:
Attached.

continue on back if necessary

Staff signature: [signature]
Date: 9/27/23

DISCIPLINARY HISTORY PAGE 001

NUMBER: 428555 NAME: CURRY,KEITH OWEN TOTAL TICKETS: 3

CURRENT LOCATION: OSBORN CI

| DATE | SEQ | FCLTY | OFFENSE(S) | DISPOSITION(S) | AMOUNT(S) |
|---|---|---|---|---|---|
| 08 24 2023 | 01 | 121 | VIO.PROG. PROVISIONS | LOSS OF RREC | 015 DAYS |
| | | | | LOSS OF RECREATION | 030 DAYS |
| | | | | FROM 08/25/23 THRU | 09/23/23 |
| | | | | LOSS OF SOC.CORRESP. | 030 DAYS |
| | | | | FROM 08/25/23 THRU | 09/23/23 |
| 01 07 2023 | 01 | 128 | FIGHTING | PUNITIVE SEGREGATION | 005 DAYS |
| | | | | FROM 01/07/23 THRU | 01/11/23 |
| | | | | LOSS OF COMM. PRIV. | 030 DAYS |
| | | | | FROM 01/11/23 THRU | 02/09/23 |
| | | | | RESTRICTION OF TABLE | |
| | | | | FROM 01/11/23 THRU | 01/25/23 |
| | | | | LOSS OF RREC | 015 DAYS |

CZLP 09/27/23 CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N NUMBER: 00428555

# Disciplinary Report
**Connecticut Department of Correction**

CN 9503/1
REV 10/01/19

| | | | |
|---|---|---|---|
| Facility/Unit: Brooklyn CI | | Report date: 1/7/23 | |
| Inmate name: Curry, Keith | | Inmate number: 428 535 | |
| Housing unit: C dorm | Location of incident: day room | | |
| Report number: BCI230107 | Incident date: 1/7/23 | Incident time: 4:55 ☐ am ☐ pm | |
| Offense: Fighting | | Offense class: ☐ A ☐ B ☐ C | |

Description of violation:
Saturday Jan. 7, 2023 @ 4:55pm, this officer witnessed I/m Curry, Keith #428535 fighting I/m Johnson, Jon #411637

Witness(es):

Physical evidence:

| | | | |
|---|---|---|---|
| Reporting employee (print): Yuccy | | Title: C/O | |
| Reporting employee (signature): | | | |
| Date: 1/7/23 | Time: 4:55 ☐ am ☐ pm | Employee requests copy: ☐ yes ☐ no | |

**CUSTODY SUPERVISOR / UNIT MANAGER REVIEW**

| | | |
|---|---|---|
| ☐ Administrative Detention | Date: 1-7-23 | Time: 5:15 ☐ am ☒ pm |
| ☐ Accused inmate interviewed | ☐ Informal disposition | |
| Custody Supervisor / Unit Manager name (print): Thomas, T. | | |
| Custody Supervisor / Unit Manager signature: | | |
| Title: LT | Date: 1-7-23 | Time: 5:30 ☐ am ☒ pm |

**INMATE NOTICE**

| | | |
|---|---|---|
| Delivered by (print): Thomas, T. | Delivered by (signature): | |
| Title: LT | Date: 1-7-23 | Time: 6:35 ☐ am ☒ pm |

☐
- Check if inmate receiving disciplinary report is placed on a Behavioral or Mental Health Observation Status.
- If applicable, delivering officer must read the Disciplinary Report to the inmate and leave the copy at the Officers Station.
- Once a qualified mental health provider deems that the inmate can retain paper, the Disciplinary Report shall be issued to the inmate in accordance with this directive.
- Note: Timeframes associated with the disciplinary report process for inmates initially placed on Behavioral or Mental Health Status shall not be altered and will continue as outlined in this directive.