Keith Curry
428-555
Osborn CI

11/02/2023
US POSTAGE $002.31º
ZIP 06080
041M11292708

X-RAY SCREEN
COMPLETED

U.S District Court
450 Main street
Hartford, Ct 06103

RESPONDENCE ORIGINATED
OM AN INMATE AT A
UT CORRECTIONAL FACILITY